# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00571SPK-LEK |
| CASE NAME: | USA vs. Sixteen Thousand Nine Hundred Dollars ($16,900.00) In United States Currency; etc., et al. |
| ATTYS FOR PLA: | Rachel S. Moriyama |
| ATTYS FOR DEFT: | Michael Jay Green |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 07/23/2007 | TIME: | 9:04-9:24 |

COURT ACTION:  EP: Status Conference Regarding Stay of Action held.  Stay lifted.

Settlement Conference/Trial Setting Conference set for 2:00 10/24/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager