# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00571SPK-LEK |
| CASE NAME: | United States of America vs. Sixteen Thousand Nine Hundred Dollars ($16,900.00) In United States Currency; etc., et al. |
| ATTYS FOR PLA: | Rachel S. Moriyama |
| ATTYS FOR DEFT: | Michael Jay Green |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 10/24/2007 | TIME: | 2:40-2:45 |

COURT ACTION:   EP: Settlement Conference not held. Trial Resetting Conference held.

1.    Non-jury trial on August 26, 2008 at 9:00 a.m. before SPK
2.    Final Pretrial Conference on July 15, 2008 at 9:00 a.m. before LEK
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by July 8, 2008
5.    File motions to Join/Add Parties/Amend Pleadings by January 25, 2008
6.    File other Non-Dispositive Motions by May 28, 2008
7.    File Dispositive Motions by **March 27, 2008**
8a.    File Motions in Limine by August 5, 2008
8b.    File opposition memo to a Motion in Limine by August 12, 2008
11a.    Plaintiff's Expert Witness Disclosures by February 25, 2008
11b.    Defendant's Expert Witness Disclosures by **March 27, 2008**
12.    Discovery deadline June 27, 2008
13.    Settlement Conference set for April 30, 2008 at 2:30 p.m. before LEK
14.    Settlement Conference statements by April 23, 2008
20.    Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21.    File Final witness list by August 5, 2008
24.    Exchange Exhibit and Demonstrative aids by July 29, 2008
25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 5, 2008
26.    File objections to the Exhibits by August 12, 2008
28a.    File Deposition Excerpt Designations by August 5, 2008
28b.    File Deposition Counter Designations and Objections by August 12, 2008

29.   File Trial Brief by August 12, 2008
30.   File Findings of Fact & Conclusions of Law by August 12, 2008

Other Matters:   Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00571SPK-LEK;
United States of America vs. Sixteen Thousand Nine Hundred Dollars ($16,900.00) In
United States Currency; etc., et al.;
Rule 16 Scheduling Conference Minutes
10/24/2007