# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00571SPK-LEK |
| CASE NAME: | United States of America Vs. Sixteen Thousand Nine Hundred Dollars ($16,900.00) in United States Currency, etc., et al. |
| ATTYS FOR PLA: | Rachel S. Moriyama |
| ATTYS FOR DEFT: | Michael Green and Glenn Uesugi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | No Record |
| DATE: | 04/14/2008 | TIME: | 9:14am-9:20am |

COURT ACTION:   EP: Status Conference Re: Trial Date and Other Deadlines-

An Amended Scheduling Order is to be issued reflecting New Trial Dates and other Scheduling Deadlines-The present Trial Date and other Scheduling Deadlines are hereby vacated.

1. Non-jury trial on January 13, 2009 at 9:00 a.m. before SPK
2. Final Pretrial Conference on December 2, 2008 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by November 25, 2008
5. File motions to Join/Add Parties/Amend Pleadings-Closed
6. File other Non-Dispositive Motions by October 15, 2008
7. File Dispositive Motions by August 13, 2008
8a. File Motions in Limine by December 23, 2008
8b. File opposition memo to a Motion in Limine by December 30, 2008
11a. Plaintiff's Expert Witness Disclosures-Closed
11b. Defendant's Expert Witness Disclosures-Closed
12. Discovery deadline November 14, 2008
13. Settlement Conference set for on call
14. Settlement Conference statements by
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by December 23, 2008
24. Exchange Exhibit and Demonstrative aids by December 16, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 23,

      2008
26. File objections to the Exhibits by December 30, 2008
28a. File Deposition Excerpt Designations by December 23, 2008
28b. File Deposition Counter Designations and Objections by December 30, 2008
29. File Trial Brief by December 30, 2008
30. File Findings of Fact & Conclusions of Law by December 30, 2008


Submitted by Leslie L. Sai, Courtroom Manager