```
EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA  (3802)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  rachel.moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      vs.                     )<br>                              )<br>SIXTEEN THOUSAND NINE HUNDRED )<br>DOLLARS ($16,900.00) IN UNITED )<br>STATES CURRENCY; ONE THOUSAND )<br>SIX HUNDRED DOLLARS           )<br>($1,600.00) IN UNITED STATES  )<br>CURRENCY; AND ONE WHITE 2003  )<br>NISSAN XTERRA BEARING HAWAII  )<br>LICENSE PLATE NUMBER NBJ748   )<br>AND VEHICLE IDENTIFICATION    )<br>NUMBER 5N1ED28Y23C642072,     )<br>                              )<br>           Defendants.        )<br>_____)<br>                              )<br>BASHO ELLIOT, MICHAEL ELLIOT, )<br>LIANE RENEE CURTISS,          )<br>                              )<br>           Claimants.         )<br>_____) | CIVIL. NO. 03-00571 SPK LEK<br><br>UNITED STATES' MOTION TO<br>STRIKE CLAIMANT MICHAEL<br>ELLIOT'S CLAIM AND ANSWER;<br>MEMORANDUM IN SUPPORT OF<br>UNITED STATES' MOTION TO<br>STRIKE CLAIMANT MICHAEL<br>ELLIOT'S CLAIM AND ANSWER;<br>EXHIBITS "A"-"C"; CERTIFICATE<br>OF SERVICE |

UNITED STATES OF AMERICA'S MOTION TO
<u>STRIKE CLAIMANT MICHAEL ELLIOT'S CLAIM AND ANSWER</u>

      Pursuant to Rule G(8)(c) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions,

Plaintiff United States of America hereby moves this Court for an order striking the claim and answer filed herein by Claimant Michael Elliot for lack of standing or the entry of a judgment on the pleadings against Claimant Michael Elliot and in favor of the United States.

This motion is brought pursuant to Rule G(8)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and Rule 12(c) of the Federal Rules Civil Procedure, and is based upon the pleadings and the record to date, the attached memorandum, exhibits, and such other matters as may be presented to this Court.

DATED:  May 9, 2008, at Honolulu, Hawaii.

>
> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By  /s/ Rachel S. Moriyama
> _____
> RACHEL S. MORIYAMA
> Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the date noted below, a true and correct copy of the United States' Motion to Strike Claimant Michael Elliot's Claim and Answer; Memorandum in Support of United States' Motion to Strike Claimant Michael Elliot's Claim and Answer; Exhibits "A"-"C" was served upon the following counsel by U. S. mail, first class, postage prepaid and by facsimile:

      MICHAEL JAY GREEN, ESQ.
      ROBIN MELCHOR, ESQ.
      Queen Street Building
      345 Queen Street, Second Floor
      Honolulu, Hawaii 96813

      FACSIMILE: 808-566-0347

      Attorneys for Claimant
      MICHAEL ELLIOT

      DATED: May 9, 2008, at Honolulu, Hawaii.

/s/ La-Dell VanDeren
_____
LA-DELL VANDEREN