PHILIP H. LOWENTHAL
33 N. Market Street, Suite 101
Wailuku, Maui, Hawai'i 96793
Telephone: 242-5000 (HNL 545-5688)

Attorney for Claimants

BASHO ELLIOT,
LIANE RENEE CURTISS, and
MICHAEL ELLIOT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2004

at 3 o'clock and 31 min. P. M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. CV03-00571 SOM LEK |
| ) | |
| vs. ) | VERIFIED CLAIMS OF |
| ) | OWNERSHIP; AFFIDAVIT OF |
| SIXTEEN THOUSAND NINE ) | BASHO ELLIOT; AFFIDAVIT OF |
| HUNDRED DOLLARS ($16,900.00) ) | LIANE RENEE CURTISS; |
| IN UNITED STATES CURRENCY; ) | AFFIDAVIT OF MICHAEL ELLIOT; |
| ONE THOUSAND SIX HUNDRED ) | AND CERTIFICATE OF SERVICE |
| DOLLARS ($1,600.00) IN UNITED ) | |
| STATES CURRENCY; AND ONE ) | |
| WHITE 2003 NISSAN XTERRA ) | |
| BEARING HAWAII LICENSE ) | |
| PLATE NUMBER NBJ748 AND ) | |
| VEHICLE IDENTIFICATION ) | |
| NUMBER 5N1ED28Y23C642072 ) | |
| ) | |
| Defendants, ) | |
| ) | |
| BASHO ELLIOT; LIANE RENEE ) | |
| CURTISS AND MICHAEL ELLIOT ) | |
| ) | |
| Claimants-Owners. ) | |
| _____ ) | |

EXHIBIT "C"

## VERIFIED CLAIMS OF OWNERSHIP

COME NOW Claimants, BASHO ELLIOT, LIANE RENEE CURTISS and MICHAEL ELLIOT and hereby make their respective verified claims to the Defendant property, to wit: BASHO ELLIOT, LIANE RENEE CURTISS and MICHAEL ELLIOT claim an ownership interest in SIXTEEN THOUSAND NINE HUNDRED DOLLARS ($16,900.00) IN UNITED STATES CURRENCY; and BASHO ELLIOT and LIANE RENEE CURTISS claim and ownership interest in ONE THOUSAND SIX HUNDRED DOLLARS ($1,600.00) IN UNITED STATES CURRENCY; AND ONE WHITE 2003 NISSAN XTERRA BEARING HAWAII LICENSE PLATE NUMBER NBJ748 AND VEHICLE IDENTIFICATION NUMBER 5N1ED28Y23C642072.

Claimants are the legal owners of said Defendant property. The declarations of Claimants, more fully describing their claims herein, are attached hereto and incorporated by reference thereto.

Their claims are made pursuant to 18 U.S.C. § 983(a)(4) and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

DATED: Wailuku, Maui, Hawai'i, March __, 2004.

_____
BASHO ELLIOT
Claimant

_____
LIANE RENEE CURTISS
Claimant

_____
MICHAEL ELLIOT
Claimant

3

## AFFIDAVIT OF MICHAEL ELLIOT

STATE OF CALIFORNIA )
) SS:
COUNTY OF LOS ANGELES )

I, MICHAEL ELLIOT, being first duly sworn upon oath, having personal knowledge, and being competent to testify, depose and say that:

(1.) I am an owner and Claimant, along with my son Basho Elliot and his girlfriend Liane Renee Curtiss, of the Defendant property SIXTEEN THOUSAND NINE HUNDRED DOLLARS ($16,900.00) IN UNITED STATES CURRENCY;

(2.) We are the only owners of said property;

(3.) I am relying on the following specific grounds for my demand that my interest in the Defendant property be returned to me:

a. The Fourth Amendment to the United States Constitution, requires that the evidence supporting Plaintiff's claim not be the fruit of an

2

unreasonable, unconstitutional, and illegal search and seizure;

b. This forfeiture action is grossly disproportionate to the gravity of its alleged offense and would be constitutionally excessive; and

c. The forfeiture of Defendant property would result in a violation of the Double Jeopardy and the Cruel and Unusual Clauses of the United States Constitution,

d. The Defendant property is not forfeitable because it was neither used in connection with nor purchased with the fruit of proscribed activity.

(4.)   I have read the Claim and the facts asserted therein

are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT**

Dated: Los Angeles, California, __MARCH 11, 2004__

_____
MICHAEL ELLIOT

Subscribed and sworn to before me
this 11th day of March 2004.

_____
Printed Name: BEN SPIELMAN
Notary Public

My Commission Expires: __6-21-07__

BEN SPIELMAN
COMM. #1418918
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. June 21, 2007

4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached document was duly served, via the U.S. Mail, postage prepaid, to the counsel of record listed below, on today's date.

RACHEL MORIYAMA
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-6100

DATED: Wailuku, Maui, Hawai'i, 3/12/04.

PHILIP H. LOWENTHAL
Attorney for CLAIMANTS
BASHO ELLIOT,
LIANE RENEE CURTISS,
and MICHAEL ELLIOT