# MINUTES

CASE NUMBER:   CV NO. 03-00571SPK-LEK

CASE NAME:   United States of America Vs. $16,900, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Samuel P. King         REPORTER:

DATE:   05/14/2008             TIME:

COURT ACTION:  EO:   "MINUTE ORDER"

[50] Ex Parte Motion to shorten time to hear Motion on United States of America's Motion to Strike claimant Michael Elliot's claim and Answer is hereby Denied.  The [49] United States Motion to strike Claimant Michael Elliot's claim and answer will be set for hearing on June 18, 2008 @l0:00 a.m. before Judge S. King.


Submitted by Leslie L. Sai, Courtroom Manager