EDWARD H. KUBO, JR.  (2499)  
United States Attorney  
District of Hawaii  

RACHEL S. MORIYAMA  (3802)  
Assistant U.S. Attorney  
Room 6-100, PJKK Federal Bldg.  
300 Ala Moana Boulevard  
Honolulu, HI 96850-6100  
Telephone:  (808) 541-2850  
Facsimile:  (808) 541-2958  
Email:  rachel.moriyama@usdoj.gov  

Attorneys for Plaintiff  
UNITED STATES OF AMERICA  

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV. NO. 03-00571 SPK LEK |
| ) | |
| Plaintiff, ) | FINAL JUDGMENT AND DECREE OF |
| ) | FORFEITURE |
| vs. ) | |
| ) | |
| SIXTEEN THOUSAND NINE HUNDRED ) | |
| DOLLARS ($16,900.00) IN UNITED ) | |
| STATES CURRENCY; ONE THOUSAND ) | |
| SIX HUNDRED DOLLARS ) | |
| ($1,600.00) IN UNITED STATES ) | |
| CURRENCY; AND ONE WHITE 2003 ) | |
| NISSAN XTERRA BEARING HAWAII ) | |
| LICENSE PLATE NUMBER NBJ748 ) | |
| AND VEHICLE IDENTIFICATION ) | |
| NUMBER 5N1ED28Y23C642072, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| BASHO ELLIOT, MICHAEL ELLIOT, ) | |
| LIANE RENEE CURTISS, and ) | |
| NISSAN MOTOR ACCEPTANCE ) | |
| CORPORATION, ) | |
| ) | |
| Claimants. ) | |

FINAL JUDGMENT AND DECREE OF FORFEITURE

It appearing from the record in this case that on March 3, 2004, default was entered against all of the above-

EXHIBIT "A"

captioned defendant properties, and all persons and entities claiming any right, title, or interest in or to the above-captioned defendant properties, except Claimants BASHO ELLIOT, LIANE ELLIOT (formerly known as "LIANE RENEE CURTISS"), MICHAEL ELLIOT, and Nissan Motor Acceptance Corporation; and

By stipulation and order entered herein on November 30, 2004, Claimants BASHO ELLIOT and LIANE ELLIOT were permitted to substitute $15,000.00 in lieu of the defendant 2003 Nissan Xterra. See Stipulation for Substitution of Cash for Defendant Vehicle; Order entered herein on November 30, 2004.  Part of the $15,000.00 was used to fully satisfy Nissan Motor Acceptance Corporation's claim.  The defendant 2003 Nissan Xterra was returned to Claimants BASHO ELLIOT and LIANE ELLIOT and the remaining $8,866.33 was substituted for the defendant 2003 Nissan Xterra as the defendant res in this case; and

By Order dated June 18, 2008, the Court granted the United States' Motion to Strike Claimant Michael Elliot's Claim and Answer; and

Based upon the Stipulation for Compromise Settlement entered herein on _____, 2008, and incorporated herein by reference, which resolved all claims asserted by Claimants BASHO ELLIOT, LIANE ELLIOT, and MICHAEL ELLIOT to the properties that are the subject of this litigation -- i.e., $27,366.33 (hereinafter referred to as the "Subject Properties");

IT IS HEREBY ORDERED AND ADJUDGED that based upon the Complaint for Forfeiture and the records filed herein, the Court

has subject matter jurisdiction over this action.

       IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the terms of the Stipulation for Compromise Settlement, $25,866.33 of the Subject Properties is hereby forfeited to the United States of America, free and clear of the claims of any and all persons or entities claiming any right, title, or interest in or to any of the above-captioned defendant properties, including Claimants BASHO ELLIOT, LIANE ELLIOT, and MICHAEL ELLIOT, and the United States Marshals Service is hereby authorized and directed to dispose of the $25,866.33 of the Subject Properties in accordance with the law and the terms of the Stipulation for Compromise Settlement.

       IT IS FINALLY ORDERED AND ADJUDGED that each of the parties shall bear their own costs and attorney's fees incurred in prosecuting and defending this action, including the preparation and implementation of the Stipulation for Compromise Settlement.

       DATED: _____, at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

_____
MICHAEL GREEN, ESQ.
ROBIN MELCHOR, ESQ.
Attorneys for Claimants
BASHO ELLIOT, LIANE ELLIOT,
and MICHAEL ELLIOT

USA v. $16,900.00 in U.S. Currency, etc.; Civ. No. 03-00571 SPK LEK; "Final Judgment and Decree of Forfeiture"

3